**Douglas M. YATES, Appellant,**

v.

**Lucille ROBUCK, Chairman, Kentucky Parole Board, Frankfort, Ky., Appellee.**

Court of Appeals of Kentucky.

Feb. 15, 1974.

Douglas M. Yates, pro se.

Ed W. Hancock, Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

* Opinion ordered not to be published.

**James R. YOCUM, Commissioner of Labor, Etc., et al.,**

v.

**Ellis MARSHALL et al.**

Court of Appeals of Kentucky.

Feb. 15, 1974.

Gemma M. Harding, Dept. of Labor, Louisville, for James R. Yocum.

Fred G. Francis, Prestonsburg, for Stephen Elkhorn Fuel Corp.

W. W. Burchett, Prestonsburg, for appellee.

Memorandum Opinion by Justice REED, Reversing.*